MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721

Attorneys for Government

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00265-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO SET MOTION BRIEFING SCHEDULE; ORDER** |
| vs. | |
| Camilo ALARCON, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Richard Oberto, counsel for Camilo ALARCON, that the Court set a briefing schedule on defendant's motion to sever. The parties agree and request the Court set the following schedule:

1. Defense motion to be filed by March 24, 2025.
2. Government response to be filed on April 7, 2025.
3. Reply, if any, to be filed on April 14, 2025.
4. Hearing on April 28, 2025 at 9:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.
.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: March 6, 2025

*/s/ Richard Oberto*
Richard Oberto
Attorney for Defendant
Camilo ALARCON

MICHELE BECKWITH
Acting United States Attorney

Date: March 6, 2025

*/s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby set in accordance with the above. The motion to sever is due by March 24, 2025. The government's response to defendant's motion is to be filed on or before April 7, 2025. Any defense reply is to be filed on or before April 14, 2025. The hearing on the motion shall be set on April 28, 2025, at 9:00 a.m. before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   March 6, 2025

_____
UNITED STATES DISTRICT JUDGE