MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-BAM |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS COUNT ONE AGAINST CAMILO ALARCON ALARCON; ORDER |
| v. | |
| CAMILO ALARCON ALARCON, | |
| Defendant. | |

The United States of America, by and through its counsel, hereby moves for dismissal without prejudice of all counts and allegations against Camilo Alarcon Alarcon in 1:24-cr-000265-KES.

Dated: March 24, 2025                      MICHELE BECKWITH
                                           Acting United States Attorney

                                       By: */s/ Justin J. Gilio*
                                           Justin J. Gilio
                                           Assistant United States Attorney

MOTION TO DISMISS AND PROPOSED ORDER

**O R D E R**

IT IS SO ORDERED that all counts and allegations as to Camilo Alarcon Alarcon are dismissed without prejudice.

IT IS SO ORDERED.

Dated:   March 25, 2025

_____
UNITED STATES DISTRICT JUDGE